Commonwealth ex rel. Rockwell, Appellant, *v.* Maroney.

Submitted November 14, 1966. *Elmer A. Rockwell,* appellant, in propria persona; *William J. Franks,* Assistant District Attorney, and *John R. Hoye,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Tanner, Appellant, *v.* Russell.

Submitted November 14, 1966. *William Grant Tanner, Jr.,* appellant, in propria persona; *Robert J. Kelleher,* Assistant District Attorney, and *Lindley R. McClelland,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth ex rel. Washington, Appellant, *v.* Maroney.

Argued November 14, 1966. *James M. Houston,* with him *James M. Carter,* and *Houston, Cooper, Speer & German,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., would reverse and grant a new trial on Bill No. 108, Nov. T., 1959, charging burglary, larceny, and receiving stolen goods.